**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

SHONA BOYD                                         CIVIL ACTION NO. 25-0078

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

GREYHOUND LINES INC ET AL                          MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint (Record Document 21) is denied.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on the 18th day of September, 2025.

_____

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE